UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Jacqueline Lemieux, et al.</u>

    v.                        Civil No. 08-00083-JL

<u>Town of Jaffrey, et al.</u>

**<u>O R D E R</u>**

The Preliminary Pretrial Conference was held in chambers on April 25, 2008.

The Discovery Plan is approved as submitted.

By agreement of the parties, the following affirmative defenses are **stricken without prejudice**:

(1) release and waiver; and

(2) res judicata and collateral estoppel.

The defendant will amend ¶ 17 of its Answer to clearly indicate its position with respect to the allegation in ¶ 17 of the Complaint.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

April 25, 2008

cc: Jason R. L. Major, Esq.
    Andrew B. Livernois, Esq.